JET/AB: NOV. 2020
GJ# 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **NASHEED KAREEM HUTCHINS,** | ) |
|    Defendant. | ) |

## <u>INDICTMENT</u>

<u>**COUNT ONE:**</u>  **[18 U.S.C. § 922(a)(6)]**

The Grand Jury charges that:

On or about the 11th day of October, 2019, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**NASHEED KAREEM HUTCHINS,**

in connection with the acquisition and attempted acquisition of a firearm, that is, a **Glock .40 caliber semi-automatic pistol, bearing serial number BKGP542**, from **3 Factors Unlimited, Inc.**, doing business as **Wade's Jewelry & Pawn, located at 3525 McFarland Blvd. East, Tuscaloosa, Alabama,** a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement and did knowingly furnish and exhibit a false, fictitious, and misrepresented identification to an employee of **3 Factors Unlimited, Inc.**, which statement and identification was intended to and

likely to deceive the employee as to a fact material to the lawfulness of such sale of the firearm to **NASHEED KAREEM HUTCHINS,** under Chapter 44 of Title 18, United States Code, in that **NASHEED KAREEM HUTCHINS** did present a false, fictitious, and misrepresented identification in the name of **Jermario Darvell Brownridge** and did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating or representing that his name was **Jermario Darvell Brownridge** and that **Jermario Darvell Brownridge** was the actual buyer of the firearm indicated on the Form 4473, when, in fact, as he then knew, **Jermario Darvell Brownridge** was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO:  [18 U.S.C. § 922(a)(6)]

The Grand Jury charges that:

On or about the 30th day of November, 2019, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**NASHEED KAREEM HUTCHINS,**

in connection with the acquisition and attempted acquisition of firearms, that is, a **Taurus 9 millimeter semi-automatic pistol, bearing serial number TLT64288, a Jimenez .380 caliber semi-automatic pistol, bearing serial number 287965,**

2

and a Taurus .357 caliber revolver, bearing serial number MC61191, from 3 Factors Unlimited, Inc., doing business as Wade's Jewelry & Pawn, located at 3525 McFarland Blvd. East, Tuscaloosa, Alabama, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement and did knowingly furnish and exhibit a false, fictitious, and misrepresented identification to an employee of 3 Factors Unlimited, Inc., which statement and identification was intended to and likely to deceive the employee as to a fact material to the lawfulness of such sale of the firearm to NASHEED KAREEM HUTCHINS, under Chapter 44 of Title 18, United States Code, in that NASHEED KAREEM HUTCHINS did present a false, fictitious, and misrepresented identification in the name of Jermario Darvell Brownridge and did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating or representing that his name was Jermario Darvell Brownridge and that Jermario Darvell Brownridge was the actual buyer of the firearm indicated on the Form 4473, when, in fact, as he then knew, Jermario Darvell Brownridge was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT THREE:  [18 U.S.C. § 922(a)(6)]**

The Grand Jury charges that:

3

On or about the 30th day of December, 2019, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**NASHEED KAREEM HUTCHINS,**

in connection with the acquisition and attempted acquisition of firearms, that is, a **Ruger 9 millimeter semi-automatic pistol, bearing serial number 456-50750; Jimenez Arms .380 caliber semi-automatic pistol, bearing serial number 417485; SCCY Industries 9 millimeter semi-automatic pistol, bearing serial number 695204; Hi-Point 9 millimeter semi-automatic pistol, bearing serial number P1306672; Ruger .380 caliber semi-automatic pistol, bearing serial number 380199439; and Taurus .357 magnum revolver, bearing serial number KP40011**, from **3 Factors Unlimited, Inc.**, doing business as **Wade's Jewelry & Pawn, located at 3525 McFarland Blvd. East, Tuscaloosa, Alabama,** a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement and did knowingly furnish and exhibit a false, fictitious, and misrepresented identification to an employee of **3 Factors Unlimited, Inc.**, which statement and identification was intended to and likely to deceive the employee as to a fact material to the lawfulness of such sale of the firearm to **NASHEED KAREEM HUTCHINS,** under Chapter 44 of Title 18, United States Code, in that **NASHEED KAREEM HUTCHINS** did present a false, fictitious, and

4

misrepresented identification in the name of **Jermario Darvell Brownridge** and did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating or representing that his name was **Jermario Darvell Brownridge** and that **Jermario Darvell Brownridge** was the actual buyer of the firearm indicated on the Form 4473, when, in fact, as he then knew, **Jermario Darvell Brownridge** was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT FOUR:  [18 U.S.C. § 922(a)(6)]**

The Grand Jury charges that:

On or about the 30th day of December, 2019, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**NASHEED KAREEM HUTCHINS,**

in connection with the acquisition and attempted acquisition of firearms, that is, a **Cobra .380 caliber semi-automatic pistol, bearing serial number FS118495 and a Jimenez Arms .32 caliber pistol, bearing serial number 404181** from **EFS, Inc.,** doing business as **Quick Pawn Shop #9 located at 622 15th Street, Tuscaloosa, Alabama,** a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written

statement and did knowingly furnish and exhibit a false, fictitious, and misrepresented identification to an employee of **EFS, Inc.,** which statement and identification was intended to and likely to deceive the employee as to a fact material to the lawfulness of such sale of the firearm to **NASHEED KAREEM HUTCHINS,** under Chapter 44 of Title 18, United States Code, in that **NASHEED KAREEM HUTCHINS** did present a false, fictitious, and misrepresented identification in the name of **Jermario Darvell Brownridge** and did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating or representing that his name was **Jermario Darvell Brownridge** and that **Jermario Darvell Brownridge** was the actual buyer of the firearm indicated on the Form 4473, when, in fact, as he then knew, **Jermario Darvell Brownridge** was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT FIVE:**  **[18 U.S.C. § 922(a)(6)]**

The Grand Jury charges that:

On or about the 2nd day of January, 2020, in Tuscaloosa County, within the Northern District of Alabama, the Defendant,

**NASHEED KAREEM HUTCHINS,**

6

in connection with the acquisition and attempted acquisition of firearms, that is, a **Jimenez Arms .380 caliber semi-automatic pistol, bearing serial number 110740 and Valor Imports .25 caliber pistol, bearing serial number 5416,** from **EFS, Inc.,** doing business as **Quick Pawn Shop #9 located at 622 15th Street, Tuscaloosa, Alabama,** a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement and did knowingly furnish and exhibit a false, fictitious, and misrepresented identification to an employee of **EFS, Inc.,** which statement and identification was intended to and likely to deceive the employee as to a fact material to the lawfulness of such sale of the firearm to **NASHEED KAREEM HUTCHINS,** under Chapter 44 of Title 18, United States Code, in that **NASHEED KAREEM HUTCHINS** did present a false, fictitious, and misrepresented identification in the name of **Jermario Darvell Brownridge** and did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating or representing that his name was **Jermario Darvell Brownridge** and that **Jermario Darvell Brownridge** was the actual buyer of the firearm indicated on the Form 4473, when, in fact, as he then knew, **Jermario Darvell Brownridge** was not the actual

7

buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

*/s/electronic signature*
FOREPERSON OF THE GRAND JURY    PRIM F. ESCALONA
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/electronic signature*
　　　　　　　　　　　　　　　　　　ALAN BATY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney